# United States Bankruptcy Court
## Middle District of Florida

In re   **FoodFirst Global Holdings, Inc.**  
                  Debtor(s)

Case No.  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FoodFirst Global Holdings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ABLC Corporation**  
**Av. Das Nacoes Unidas 12399**  
**Conj. 134B**  
**São Paulo, SP**  
**Brazil**

**Bradley D. Blum**  
**1198 Oxford Rd., Ste. A**  
**Winter Park, FL 32789**

**Faro Cap International Fund**  
**P.O. Box N-4801**  
**Nassau**  
**Bahamas**

**Jose Carlos A.R. Bonchristia**  
**17 Crick Road**  
**Oxford OX2 6QL**  
**United Kingdom**

**MDRSA Corporation**  
**Av. Das Nacoes Unidas 12399**  
**Conj. 134B**  
**São Paulo, SP**  
**Brazil**

**Mullberry Vine Limited**  
**Avenida Marino Tourinho**  
**1805, 19ºAndar, 1901**  
**Curitiba**  
**Paraná 80240**

**Spice Private Equity Ltd.**  
**c/o GP Investments, Ltd.**  
**129 Front St Penthouse Ste 4**  
**City of Hamilton, HM12**  
**Bermuda**

**St. Catherine International**  
**P.O. Box N-4801**  
**Nassau**  
**Bahamas**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 10, 2020** | **/s/ R.Scott Shuker, Esq** |
| Date | **R.Scott Shuker, Esq** |
| | Signature of Attorney or Litigant |
| | Counsel for  FoodFirst Global Holdings, Inc. |
| | **Shuker & Dorris, P.A.** |
| | **121 S. Orange Avenue** |
| | **Suite 1120** |
| | **Orlando, FL 32801** |
| | **(407) 337-2060** |
| | **rshuker@shukerdorris.com** |